**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6901**

DOUGLAS FAUCONIER,

Plaintiff - Appellant,

v.

HAROLD CLARKE, Director of VADOC; DAVID A. ROBINSON, Chief of Corrections Operations; JOHN A. WOODSON, Warden of A.C.C.; MS. T. MCDOUGALD, member of PRC,

Defendants - Appellees,

and

MEMBERS OF THE PUBLICATION REVIEW COMMITTEE, PRC,

Defendant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (7:16-cv-00301-GEC-RSB)

Submitted: December 21, 2017                     Decided: January 12, 2018

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Leigh Fauconier, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Fauconier appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fauconier v. Clarke*, No. 7:16-cv-00301-GEC-RSB (W.D. Va. June 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*